JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| D.D., a minor, by and through his guardian ad litem, Nailian H., <br><br>            Plaintiff, <br><br>    v. <br><br> GARVEY SCHOOL DISTRICT, a local educational agency, <br><br>            Defendant. | Case № 2:19-cv-010581-ODW (SKx) <br><br> **JUDGMENT** |

## JUDGMENT

In light of the Court's Order Affirming in Part and Reversing in Part the Decision of the Office of Administrative Hearings ("OAH"), (ECF No. 53), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the OAH Decision is:

- **AFFIRMED** as to **OAH Issue Two** (timely occupational therapy assessment);
- **AFFIRMED in part** and **REVERSED in part** as to **OAH Issue Four** (appropriate goals, services, supports, and placement):
    - **AFFIRMED** as to **Occupational Therapy** for the statutory period;

- o **AFFIRMED** as to **Behavior** from March 6, 2018, to February 28, 2019;
  - o **AFFIRMED** as to the **remedy** in the area of **Behavior** from February 28, 2017, to March 5, 2018; and
  - o **REVERSED in part** as to the finding that Defendant was the sole prevailing party—Student also prevailed in part on Issue Four as to Behavior from February 28, 2017, to March 5, 2018; and
- **REVERSED in part** as to **OAH Issue Three** (independent educational evaluations) as to the **remedy**—Defendant is **ORDERED** to fund independent educational evaluations in the areas of speech and language, functional behavior, occupational therapy, and assistive technology with augmentative and alternative communication.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 17, 2021

_____
 **OTIS D. WRIGHT, II**
 **UNITED STATES DISTRICT JUDGE**